# EXHIBIT B

# U.S. Patent #8,402,555: BROADWAY BANK App

Filing and Trial Chart

| Claim 17 (35 U.S.C. 282) | Analysis | Select Evidence |
|---|---|---|
| The computer program product of claim 15, wherein the computer program product facilitates access rights authentication for the encrypted digital media, the branding request is an access request, and wherein the read or write request of metadata is performed in connection with a combination of a memory, CPU, server, database, and cloud system; the **access request is generated by** either a human user, a machine, or a **human programmed computerized device**; the access request further comprises a membership verification token and a **rights token**; wherein the rights token is a flag indicating the **verification token is successfully verified.** | BROADWAY BANK makes, sells, and offers for sale a computer program product is capable of generating an access request to the BROADWAY BANK account data with a biometric human programmed computerized device.<br><br>The BROADWAY BANK computer program product is capable of using a device Secure Enclave Credential Manager (database) to write a BROADWAY BANK user account Rights Token to indicate the Biometric Login is successfully verified for BROADWAY BANK access. | <br>Computer Program Product Source: https://broadway.bank/ |
| A computer program product for use with a computer, the computer program product comprising a non-transitory computer usable medium having a computer readable program code stored therein for monitoring access to an encrypted digital media, the method facilitating interoperability between a plurality of data processing devices, the computer program product performing the steps of: | | |

| | |
|---|---|
|  | The BROADWAY BANK computer program product is capable of receiving an access request by receiving a biometric device membership verification token through the BROADWAY BANK communications console (Mobile App). |
| receiving an encrypted digital media access branding request from at least one communications console of the plurality of data processing devices, the branding request being a read or write request of metadata of the encrypted digital media, the request comprising a membership verification token provided by a first user, corresponding to the encrypted digital media; | |

| | |
|---|---|
| authenticating the membership verification token, the authentication being performed in connection with a token database; | The BROADWAY BANK computer program product is capable of authenticating the membership verification token with a Secure Enclave Credential Management database.<br><br><br><br>Source: Broadway Bank App for iOS<br><br>BROADWAY Bank App is capable of authenticating the biometric with a "Credential Management" database.<br><br>Source: https://developer.apple.com/documentation/localauthentication |

| | | |
|---|---|---|
| establishing a connection with the at least one communications console wherein the communications console is a combination of a graphic user interface (GUI) and an Applications Programmable Interface (API) protocol wherein the API is related to a verified web service, the verified web service capable of facilitating a two way data exchange to complete a verification process; | The BROADWAY BANK computer program product is capable of establishing an API communication related to the BROADWAY Bank user account web services.<br><br>The BROADWAY BANK communications console (e.g., Mobile App) is a combination of a GUI and an API related to the BROADWAY Bank user account web services.<br><br>https://broadway.bank is the computer program product to the BROADWAY BANK app (communications console). | <br>Source: BROADWAY Bank App for iOS |

| | |
|---|---|
| requesting at least one electronic identification reference from the at least one communications console wherein the electronic identification reference comprises a verified web service account identifier of the first user; | The BROADWAY BANK computer program product is capable of requesting and receiving a an account electronic Identification reference from the Communications Console. |
| receiving the at least one electronic identification reference from the at least one communications console; | Source: BROADWAY Bank App for iOS |

| | |
|---|---|
| and branding metadata of the encrypted digital media by writing the membership verification token and the electronic identification reference into the metadata. | The BROADWAY BANK computer program product is capable of writing the association of the membership verification token and the BROADWAY Bank user account reference to the Secure Enclave Credential Management (e.g., Computer Product metadata). 

**Biometric Login**

Your new single-digit password. Accessing your finances has never been faster or easier.

Source: https://broadway.bank/personal/online-mobile/services/online-and-mobile-banking |
| | Both of the received biometric membership verification token and the received Broadway Bank user account reference are written to the Secure Enclave Credential Management (e.g., computer product metadata)  |